**ROBERT P. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Defendant
CENTER FOR INDEPENDENT
REHABILITATIVE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., | Case No.  2:07-CV-00190-WBS-GGH |
| Plaintiff, | **JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY EXPERT DISCLOSURE DATE IN SCHEDULING ORDER AND [~~PROPOSED~~] ORDER THEREON** |
| vs. | |
| CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC., A CALIFORNIA CORPORATION; DAVID WEYMOUTH, AN INDIVIDUAL; ROSALIE CARBAJAL; AN INDIVIDUAL; AND DOES 1-15, | |
| Defendants. | |

Plaintiff HANGER PROSTHETICS & ORTHOTICS ("Plaintiff") and defendant CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC. ("Defendant CIRS") hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to briefly extend an initial expert disclosure deadline and the rebuttal expert disclosure deadline in the Status (Pretrial Scheduling) Order, filed by the Court on February 15, 2007 (hereinafter the "Scheduling Order").  The stipulation and requested extension by the parties would not alter or otherwise affect the dates scheduled for the trial, the final pre-trial conference, or the motion filing deadline.  Good cause exists for this request as follows:

JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY EXPERT DISCLOSURE DATE IN SCHEDULING ORDER AND

_Fores ■ Macko_
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
Telephone: (209) 527-9899

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff provides prosthetics and orthotic devices and services.  Defendant CIRS operates

2   a patient care center in Lodi, California.  Plaintiff contends that defendant improperly solicited

3   its patients and referral sources, causing plaintiff to sustain financial losses.

4    Both parties have propounded discovery that requests disclosure of certain information

5   and documents that constitute, reflect or disclose confidential, competitively sensitive, and/or

6   proprietary information.  Pertinent to this stipulation, defendant has propounded discovery that

7   seeks disclosure of the patients and referral sources that plaintiff claims were wrongly solicited,

8   as well as the financial records for the patient care center in Lodi, California, so that defendant

9   CIRS can assess the basis for the damages claimed by plaintiff.

10    To permit the parties to produce such sensitive information while safeguarding its

11   confidentiality, plaintiff and defendants agreed to enter into a stipulated protective order.

12   Magistrate Judge Hollows approved the order on Friday, July 27, 2007.  Prior to entry of the

13   protective order, no party had produced confidential documents due to patient privacy concerns

14   and the confidential, competitively sensitive, and/or proprietary nature of the requested

15   information.

16    After entry of the protective order, counsel for plaintiff and defendant CIRS met and

17   conferred regarding the exchange of sensitive information and documents by each party.  Those

18   records have not yet been produced to each party.  Arrangements are being made by each party

19   to make the documents available to the other.

20    Defendant CIRS is requesting the same scheduling to which individual defendants and

21   plaintiff have stipulated.  Defendant CIRS does not believe it can comply with the expert

22   disclosure deadline in the Scheduling Order without having a reasonable opportunity for its

23   counsel and potential experts(s) to review information not yet produced.  At the request of

24   defendant, plaintiff kindly agreed to grant them a two week extension to permit such review and

25   analysis.  In return, defendant CIRS has agreed to extend the deadline for disclosure of rebuttal

26   experts by two weeks so that plaintiff will have adequate time to rebut the expert disclosure by

27   defendant CIRS.

28    To date, the parties have only requested one brief, two week extension of the expert

Fores □ Macko
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
Telephone: (209) 527-9899

JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY EXPERT DISCLOSURE DATE IN SCHEDULING ORDER AND

PDF created with pdfFactory trial version www.pdffactory.com

1    disclosure deadlines in the Scheduling Order.  At the time the parties requested the initial

2    extension, they believe two weeks would be sufficient to produce and review documents and

3    other information.  Despite the fact that the parties have acted diligently to produce these

4    documents and information, and have acted diligently to comply with the deadlines in the

5    Scheduling Order, because of matters that could not have been reasonably foreseen or

6    anticipated, a modification of that Order has become necessary.  Accordingly, the parties

7    respectfully request that the Court modify the existing Scheduling Order by briefly extending the

8    following two dates therein as follows:

| | Existing Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures By Defendant CIRS | August 17, 2007 | August 31, 2007 |
| Rebuttal Expert Disclosures | September 21, 2007 | October 5, 2007 |
| Discovery Cut-Off | December 14, 2007 | Unchanged |
| Last Hearing Date for Motions | February 15, 2008 | Unchanged |
| Final Pretrial Conference | May 5, 2008 | Unchanged |
| Trial Date | July 8, 2008 | Unchanged |

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

**Fores** ☐ **Maecko**
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
Telephone: (209) 527-9899

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  August 17, 2007                    FORES•MACKO
                                           A Professional Law Corporation


                                           By /s/ Robert P. Fores
                                                Attorney for Defendant
                                                Center for Independent Rehabilitative
                                                Services, Inc.

DATED:  August 17, 2007                    FOLEY & LARDNER, LLP


                                           By:/s/ Aaron M. Schwarcz (authorized on 8/17/07)
                                                Attorney for Plaintiff
                                                Hanger Prosthetics & Orthotics, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED:   August 21, 2007


                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY EXPERT DISCLOSURE DATE IN SCHEDULING ORDER AND

PDF created with pdfFactory trial version www.pdffactory.com

Fores ☐Macko
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
Telephone: (209) 527-9899