DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
MEGHAN M. BAKER (Bar No. 243765)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455

Attorneys for Defendants
David Weymouth, an Individual
Rosalie Carbajal, an Individual

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC., | Case No. CIV-S-07-190 WBS GGH |
| Plaintiff, | |
| v. | |
| CENTER FOR INDEPENDENT REHABILITIVE SERVICES, INC., a California corporation; DAVID WEYMOUTH, an individual; ROSALIE CARBAJAL; an individual; AND DOES 1-15, | ORDER ON APPLICATION FOR ORDER SHORTENING TIME |
| Defendants. | |

Plaintiff Hanger Prosthetics and Orthotics and Defendants David Weymouth and Rosalie Carbajal have filed an Application for an Order Shortening Time on the Motion to Compel filed by Defendants. Having considered all of the papers filed by the parties, the Court HEREBY GRANTS the request to hear the Motion to Compel on shorted time. The Court hereby vacates the December 13, 2007, hearing on the Motion to Compel, and sets the matter for hearing on December 6, 2007, at 10:00 a.m.

In accordance with Local Rule 37-251(c), the parties shall file a Joint Statement of Discovery Dispute no later than November 29, 2007.

Dated: 11/15/07                                    /s/ Gregory G. Hollows
                                                   U.S. Magistrate Judge

hanger.ost

1