IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HANGER PROSTHETICS & ORTHOTICS, INC.,

      Plaintiff,

   vs.

CENTER FOR INDEPENDENT REHABILITATIVE SERVICES, INC., et al.,

      Defendants.

No. CIV S-07-0190 WBS GGH

SUMMARY ORDER

      Previously pending on this court's law and motion calendar for December 6, 2007, was defendants' motion to compel supplemental interrogatory responses, filed November 12, 2007, and plaintiff' motion for protective order regarding the noticed Rule 30(b)(6) deposition of Hanger Prosthetics and Orthotics, Inc.("Hanger"), filed November 29, 2007.[1] Having reviewed the joint statement and heard oral argument, the court now issues the following summary order.

      1. Discovery cutoff is extended to January 15, 2008 for purposes of clean-up discovery set forth in this order. All discovery/sanctions motions shall be filed so that they may

---

[1] The court agreed to hear this motion on shortened time.

1

1  be heard by this date.

2        2. Defendants' motion to compel supplemental interrogatory responses, filed
3  November 12, 2007, is granted in part.  Hanger shall produce supplemental responses to
4  interrogatories by Monday, December 10, 2007.   Defendants may renew their motion after
5  receiving these responses if they are not satisfactory, <u>and</u> if believed necessary after the taking of
6  Rule 30(b)(6) depositions, so that a motion may be heard and decided by January 15, 2008.

7        3. Plaintiff's motion for protective order, filed November 29, 2007, is denied.
8  Hanger shall produce its Rule 30(b)(6) witness for deposition as scheduled, and these witnesses
9  shall be sufficiently prepared for deposition as discussed at hearing.

10       IT IS SO ORDERED.

11 Dated:  12/11/07                              /s/ Gregory G. Hollows
12                                               _____
                                                 U.S. Magistrate Judge

13 GGH:076/hanger0190.rog